# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1403
_____

KEITH RYAN HUNSBERGER,

Appellant,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,

Appellee.

_____

On appeal from the Department of Highway Safety and Motor Vehicles.
Robert Kynoch, Deputy Executive Director.

August 5, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and WINOKUR and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Keith Ryan Hunsberger, pro se, Appellant.

David Arthmann, General Counsel, Department of Highway Safety and Motor Vehicles, and Kathy A Jimenez-Morales, Chief Counsel, Department of Highway Safety and Motor Vehicles, Tallahassee, for Appellee.